# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL LEMBERGER,

                Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

                Defendant.

Case No. 17-CV-649-JPS

**ORDER**

On May 5, 2017, the plaintiff filed a complaint pursuant to the Federal Employers' Liability Act, 45 U.S.C. § 51, alleging that he developed leukemia as a result of being exposed to toxic substances during his employment as a welder for the defendant, Union Pacific Railroad Company. (Docket #1 at 1-2). On June 12, 2017, the defendant filed a motion to dismiss the complaint for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket #8). On July 6, 2017, in lieu of responding to the motion, the plaintiff filed an amended complaint. (Docket #14).[1] The defendant answered the amended complaint on July 20, 2017. (Docket #16). When an amended complaint is filed, it becomes controlling and the prior pleading is withdrawn. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008). Thus, the plaintiff's amended complaint governs this case,

---

[1] Federal Rule of Civil Procedure 15 allows a party to "amend its pleading once as a matter of course within … 21 days after service of a motion under Rule 12(b)[]." Fed. R. Civ. P. 15(a)(1). Here, the magistrate judge previously assigned to this case granted the plaintiff's motion to extend this deadline to July 7, 2017. (Docket #11).

and the defendant's motion to dismiss the original complaint will be denied as moot.

Accordingly,

**IT IS ORDERED** that the defendant Union Pacific Railroad Company's motion to dismiss the complaint (Docket #8) be and the same is hereby **DENIED as moot and without prejudice.**

Dated at Milwaukee, Wisconsin, this 11th day of August, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge