# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL LEMBERGER,

                Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

                Defendant.

Case No. 17-CV-649-JPS

**ORDER**

On January 10, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs assessed to either party. (Docket #30). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #30) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice.**

Dated at Milwaukee, Wisconsin, this 12th day of January, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge